## MOTION DOCKET

**99–1249.   State v. Gross.**
Muskingum App. No. CT96055. This cause is pending before the court as a death penalty appeal from

the Court of Appeals for Muskingum County. Upon consideration of appellant's motion for continuance of oral argument scheduled for February 26, 2002,

IT IS ORDERED by the court that the motion for continuance of oral argument be, and hereby is, denied.